FILED21 NOV '11 11:20USDC-ORP



Alfred Andrew Nichelson
Pro-Se Petitioner
ODOC SID No. 4962637
Deer Ridge Correctional Institution
3920 E. Ashwood Road
Madras, Oregon 97741

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| ALFRED ANDREW NICHELSON,<br>Petitioner,<br><br>v.<br><br>JOE DE CAMP, Superintendent,<br>Deer Ridge Correctional Institution,<br>Defendant. | Case No. 3:11-CV-0863TC<br><br>MOTION FOR RECONSIDERATION<br>FOR APPOINTMENT OF<br>COUNSEL |

**COMES NOW,** Alfred A. Nichelson, Pro-se Plaintiff,( through a D.R.C.M. legal assistant) respectfully moves this Court for a Reconsideration for Appointment of Counsel in light of fact that the Petitioner has a learning disability and dyslexia.

(1) As of august 6, 2011, the Petitioner has been in prison for 36-Months. This is the Maximum amount allowed by law.

(a) This was argued at sentencing, and a memo was sent to the judge about it. This is my petition.

(2) The Petitioner needs counsel to help file appropriate motions in this Court and form a proper strategy to prosecute this case, which including:

(a) To get the Petitioner sentence correlate.

(b) 24-Months of Post-prison Supervision run count 1 and 2, concurrent, not consecutive.



(3) I currently have another case in this Court, U.S. District Court Case No. 6:11-CV-0406-TC, and Counsel can help me with that case as well.

Petitioner is untrained in law and must litigate against a fully trained and experienced attorney. Petitioner is clearly put at an unfair disadvantage with his disabilities.

The ends of justice are best served by appointment of counsel.

## Conclusion

For these reasons, Plaintiff has exceptional circumstances justifying appointment of counsel.

DATED this 16th day of November, 2011.

Respectfully Submitted,

*Alfred A. Nichelson*
Alfred A. Nichelson, Pro-Se Petitioner